*E-Filed 10/16/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA GUADALUPE BARRIOS DE BARRERA,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES,<br><br>    Respondent.<br>_____/ | No. C 13-4125 RS (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner challenges her federal sentence, is TRANSFERRED to the Southern District of California, as that is the district in which the sentence was imposed. 28 U.S.C. §§ 1404(a); *Tripati v. Henman*, 843 F.2d 1160, 1162 (9th Cir. 1988). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: October 16, 2013

    RICHARD SEEBORG
    United States District Judge